UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRETT DESHAWN DAVIS | CIVIL ACTION NO. |
| VERSUS | 20-621-JWD-EWD |
| COMMISSIONER OF SOCIAL SECURITY | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 25, 2023 (Doc. 14), to which no objection was filed,

**IT IS ORDERED** that the Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process, (Doc. 12) filed by the Commissioner, is **GRANTED**, and that the claims of Plaintiff Brett Deshawn Davis in this case are **DISMISSED WITHOUT PREJUDICE**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 13, 2023.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA